UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 14-08573 UA(RAO) | Date: | May 8, 2015 |
| Title: | Andrew T. Aguilar v. Fred Figueroa, et al. | | |

| | |
|---|---|
| Present: | The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE** |

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**    (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

On November 5, 2014, Petitioner Andrew T. Aguilar ("Petitioner"), an inmate proceeding *pro se*, filed a Petition for Writ of Habeas Corpus ("Petition") challenging a conviction in the Superior Court of California, County of Los Angeles.  The Parties had consented for the Honorable Ralph Zarefsky, United States Magistrate Judge, to conduct all proceedings, including the resolution of all dispositive matters.  (*See* ECF No. 15.)

On April 1, 2015, this Court issued an order granting Respondent's Motion to Dismiss with Leave to Amend.  The Court also granted Petitioner twenty-one (21) days from the date of that order to file a first amended petition.  To date, however, Petitioner has failed to file an amended petition for writ of habeas corpus and has not sought an extension of time to do so.

In light of the foregoing, IT IS HEREBY ORDERED that Petitioner shall show cause in writing, on or before **May 15, 2015**, why this action should not be dismissed based upon Petitioner's failure to prosecute.  Petitioner is cautioned that the failure to comply with this Order and/or to show good cause may result in the dismissal of this action based upon Petitioner's failure to prosecute.

    **IT IS SO ORDERED.**

|  | : |
|---|---|
| | Initials of Preparer    gr |