1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11   ANDREW T. AGUILAR,                     **Case No. CV 14-08573 SVW (RAO)**

12                    Petitioner,

13        v.                                **JUDGMENT**

14   JOSEPH W. MOSS,

15                    Respondent.

16

17        Pursuant to the Court's Order Accepting Findings, Conclusions, and

18   Recommendations of United States Magistrate Judge,

19        IT IS ORDERED AND ADJUDGED that the Petition is denied and this

20   action is dismissed without prejudice.

21
22
23   DATED: October 8, 2015

24   _____
     STEPHEN V. WILSON
25   UNITED STATES DISTRICT JUDGE

26
27
28